Coronado-Newton, Pauline
20-33047-hdh-13
Spouse Income

**Dallas College**
**Employee Pay Statement for 11/30/2020**

| | |
|---|---|
| **Date** 11/30/20 | **Direct Deposit Number** 376471 |

**Name/Address**
Mark Lavon Newton
2805 N Britian Rd
Irving TX 75062

| | Current Month | Calendar Year to Date |
|---|---:|---:|
| **Earnings** | | |
| Regular Pay | 5,280.42 | 56,948.40 |
| **Total Gross Pay** | **5,280.42** | **56,948.40** |
| | | |
| **Pre-tax Deductions/Additions** | | |
| Medical Ins | - 239.38 | - 2,635.74 |
| Dental Ins | - 65.30 | - 718.30 |
| Emp Term Life/AD&D | - 50.24 | - 531.52 |
| Vision Ins Pretax | - 11.01 | - 121.11 |
| Health Care Reimb | - 216.00 | - 2,376.00 |
| TRS Retirement | - 406.59 | - 4,385.03 |
| TSA Deduction | - 100.00 | - 1,100.00 |
| Tax Life Ins Prem | 35.69 | 365.07 |
| **Taxable Gross** | **4,227.59** | **45,445.77** |
| | | |
| **Taxes Withheld** | | |
| F.I.C.A. Medicare | - 62.75 | - 674.91 |
| FITW | - 455.39 | - 4,882.41 |
| | | |
| **Post-tax Deductions** | | |
| Dep Term Life AD&D | - 1.38 | - 15.18 |
| Disability Ins | - 13.73 | - 144.71 |
| Tax Life Ins Prem | - 35.69 | - 365.07 |
| **Net Pay** | **3,658.65** | **39,363.49** |

$450.00 was sent to       Wex Bank (higher One)
**Account Number**        XXXX1864
$3,208.65 was sent to     Wells Fargo Bank
**Account Number**        XXXXXX6526

| **Federal Withholding Status** | **Exemptions** | **Additional Amount** |
|---|---:|---:|
| Married | 0 | 100.00 |

[Special Pay & Deduction Details]

**Dallas College**
**Employee Pay Statement for 12/31/2020**

**Date**
12/24/20

**Direct Deposit Number**
382684

**Name/Address**
Mark Lavon Newton
2805 N Britian Rd
Irving TX 75062

|  | Current Month | Calendar Year to Date |
|---|---|---|
| **Earnings** | | |
| Regular Pay | 5,280.42 | 62,228.82 |
| **Total Gross Pay** | **5,280.42** | **62,228.82** |
| | | |
| **Pre-tax Deductions/Additions** | | |
| Medical Ins | - 239.38 | - 2,875.12 |
| Dental Ins | - 65.30 | - 783.60 |
| Emp Term Life/AD&D | - 50.24 | - 581.76 |
| Vision Ins Pretax | - 11.01 | - 132.12 |
| Health Care Reimb | - 216.00 | - 2,592.00 |
| TRS Retirement | - 406.59 | - 4,791.62 |
| TSA Deduction | - 100.00 | - 1,200.00 |
| Tax Life Ins Prem | 35.69 | 400.76 |
| **Taxable Gross** | **4,227.59** | **49,673.36** |
| | | |
| **Taxes Withheld** | | |
| F.I.C.A. Medicare | - 62.75 | - 737.66 |
| FITW | - 455.39 | - 5,337.80 |
| | | |
| **Post-tax Deductions** | | |
| Dep Term Life AD&D | - 1.38 | - 16.56 |
| Disability Ins | - 13.73 | - 158.44 |
| Tax Life Ins Prem | - 35.69 | - 400.76 |
| **Net Pay** | **3,658.65** | **43,022.14** |

$450.00 was sent to        Wex Bank (higher One)
**Account Number**        XXXX1864
$3,208.65 was sent to      Wells Fargo Bank
**Account Number**        XXXXXX6526

| **Federal Withholding Status** | **Exemptions** | **Additional Amount** |
|---|---|---|
| Married | 0 | 100.00 |

Special Pay & Deduction Details