Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200 / (214) 965-0754  (Fax)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO:**  20-33047-HDH-13 |
| PAULINE CORONADO-NEWTON | |
| DEBTOR | |

### NOTICE OF WITHDRAWAL OF TRUSTEE'S NOTICE OF INTENT TO DISMISS CASE FOR FAILURE TO MAKE THE FIRST PAYMENT DUE TO THE TRUSTEE

The Trustee hereby **WITHDRAWS** the **Trustee's Notice of Intent to Dismiss Case  filed on 01/22/2021**, without prejudice to refiling the same.

Respectfully submitted,

/s/ Thomas D. Powers
State Bar No. 16218700