

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed October 26, 2021

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:  
PAULINE CORONADO-NEWTON  
DEBTOR

CASE NO:  20-33047-HDH-13

**AMENDED Order on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)**

At Dallas in said District:

On this day came on for hearing the Trustee's Recommendation Concerning Claims, Objections to Claims and Plan Modification (if required) (hereinafter referred to as "TRCC") dated 7/22/21, and any responses filed thereto.

After considering the pleadings, the evidence and stipulations, if any, and the argument of counsel, the Court finds that the following order should be entered:

IT IS THEREFORE ORDERED that all claims listed in Section I of the TRCC (No Proof of Claim Filed) are hereby **DISALLOWED** except for the following, if any, which are **ALLOWED**:

No Changes

AMENDED Order on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required), Page 2
Case # 20-33047-HDH-13
PAULINE CORONADO-NEWTON

**IT IS FURTHER ORDERED** that all claims shown in Section II of the TRCC (Specific Objections) are hereby **ALLOWED** or **DISALLOWED** as shown therein except as follows:

No Changes

**IT IS FURTHER ORDERED** that all claims shown in Section III of the TRCC (Recommendations) are hereby **ALLOWED** as shown therein except as follows:

No Changes

**IT IS FURTHER ORDERED** that the Plan Modification shown in Section IV of the TRCC is **APPROVED** except as follows:

Payments changed to: The total amount due under the plan as of 07/14/21 is $4,060.00, payments to resume 08/14/21,

$580.00 x 1; $705.00 x 3; $1,059.00 x 49

New Plan Base is $58,646.00

Approved by:

/s/  Tom Powers

/s/  Richard Anderson

### End of Order ###

Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200