

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed October 26, 2021

_____
United States Bankruptcy Judge
_____

## United States Bankruptcy Court
### Northern District of Texas
### Dallas Division

| | |
|---|---|
| In re Pauline Coronado-Newton, | Case No. 20-33047-hdh13 |
| Debtor | Chapter 13 |
| Andy Soto, | |
| Movant/Plaintiff | A Contested Matter |
| Pauline Coronado-Newton, Debtor, and Tom Powers, Chapter 13 Trustee, | |
| Respondents/Defendants | |

### ORDER LIFTING THE AUTOMATIC STAY CONCERNING CIVIL ACTION

On this day came on to be considered the *Motion for Relief from the Automatic Stay Concerning Fraudulent Conduct* ("Motion") (Doc. 65) filed by Andy Soto ("Movant") against Pauline Coronado-Newton ("Debtor"). The Court finds that the Motion was properly served according to Federal and Local Rules of Bankruptcy Procedure and that it contained the

appropriate fourteen (14)-day negative notice language. The Court, after considering the pleadings, evidence, and the arguments of counsel, finds that good cause exists for the requested relief. It is therefore

**ORDERED** that the Motion is **GRANTED** and the automatic stay under 11 U.S.C. § 362(a) is lifted, so that Andy Soto may fully pursue his claims against the Debtor Pauline Coronado-Newton in connection with the Plaintiff's Original Complaint and any amendments thereto filed in Civil Action 3:21-cv-01620-X in United States District Court for the Northern District of Texas, Dallas Division (the "Civil Action").

**IT IS FURTHER ORDERED** that the fourteen (14)-day stay imposed by Fed. R. Bankr. P. 4001(a)(3) shall not apply to this Order.

**IT IS FURTHER ORDERED** that Movant and his attorneys may send directly to Debtor all communications including, but not limited to, notices required by law in connection with the Civil Action.

# # # END OF ORDER # # #

Prepared by:

Clayton L. Everett
Texas State Bar No. 24065212
NORRED LAW, PLLC
515 E. Border St.
Arlington, Texas 76010
Telephone: (817) 704-3984
clayton@norredlaw.com
Attorneys for Andy Soto